A. Cisneros
Email: amctrustee@mclaw.org
3403 Tenth Street, Suite 711
Riverside, CA  92501
Telephone:    (949) 252-9400
Telecopier:   (949) 252-1032

Chapter 7 Trustee

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

RIVERSIDE DIVISION

| | |
|---|---|
| In re<br><br>AARON BEN SKOLNIK and<br>CLAUDIA CRISTINA SKOLNIK,<br><br>Debtors. | Case No. 6:05-24088 MJ<br>[Chapter 7]<br><br>NOTICE OF UNCLAIMED DIVIDENDS<br>PURSUANT TO BANKRUPTCY RULE<br>3011 |

TO KATHLEEN J. CAMPBELL, CLERK OF THE UNITED STATES BANKRUPTCY COURT:

Please find annexed hereto Check No. 1018[1] in the sum of $54.90 representing the total amount of unclaimed dividend(s) in the above-entitled debtor's estate which will create a zero balance in the bank account. Said sum is paid over to you pursuant to Bankruptcy Rule 3011. A list of the name(s), address(es) and amount(s) to be paid to each claimant entitled to said unclaimed dividend is attached.

DATED: 6/22/11

_____
A. CISNEROS, Chapter 7 Trustee

---

[1] Original Check, Along with a copy of the within Report are being forwarded directly to the United States Bankruptcy Court, Edward Roybal Building, Fiscal Dept., 255 East Temple Street, Los Angeles, CA  90012

T:\TCMSWIN\DOCMAN\MCKINNON, DARREN BRETT [6_01-15990]\3011 NTC.DOC

-1-

## LISTING OF DIVIDEND PAYMENTS
### (EACH CREDITOR CLASS SHOULD BE LISTED SEPARATELY)

CLASS OF CREDITOR BEING PAID:     Bankruptcy Procedure 3011

PERCENTAGE PAID ON CLAIM:         40.37655%

AMOUNT/BALANCE TO DISTRIBUTE:     $54.90

| CLAIM # | NAME & ADDRESS OF CLAIMANT | AMOUNT OF ALLOWED CLAIM | INTERIM PAYMENT | AMOUNT OF DIVIDEND |
|---|---|---|---|---|
| 00005 | REVCARE<br>5400 ORANGE AVENUE, #200<br>CYPRESS, CA 90630-3766 | $ 135.97 | $ 0.00 | $ 54.90 |
|  | TOTALS: | $ 135.97 | $ 0.00 | $ 54.90 |

**BANK OF AMERICA, N.A.**
CUSTOMER CONNECTION

A. CISNEROS, TRUSTEE
3403 TENTH STREET, SUITE 711
RIVERSIDE, CA 92501

Claim 000005, Payment 40.37655%

CHECK NUMBER
**1018**

| DATE | AMOUNT |
|---|---|
| 06/22/11 | **********54.90 |

PAY TO THE ORDER OF

| CASE NUMBER | DEBTOR |
|---|---|
| 6:05-24088   MJ | SKOLNIK, AARON BEN<br>SKOLNIK, CLAUDIA CRISTINA |

U.S. BANKRUPTCY COURT
EDWARD R. ROYBAL FED BLDG
FISCAL DEPT
255 E. TEMPLE ST
LOS ANGELES, CA 90012

*Fifty Four Dollars And 90/100*

A. CISNEROS, TRUSTEE
THIS CHECK VOID AFTER 90 DAYS

SECURITY FEATURES INCLUDED. DETAILS ON BACK.

⑈0010018⑈ ⑆111000012⑆ 4428794062⑈

---

| Date: 06/22/11 | Check Number: 1018 | Amount: 54.90 |
|---|---|---|

Debtor Name: SKOLNIK, AARON BEN
Case Number: 6:05-24088    MJ

| Paid To: | U.S. BANKRUPTCY COURT<br>EDWARD R. ROYBAL FED BLDG<br>FISCAL DEPT<br>255 E. TEMPLE ST<br>LOS ANGELES, CA 90012 | A. CISNEROS, TRUSTEE<br>3403 TENTH STREET, SUITE 711<br>RIVERSIDE, CA 92501 |
|---|---|---|

Description:   Claim 000005, Payment 40.37655%

Bank Account Number:   4428794062

---

| Date: 06/22/11 | Check Number: 1018 | Amount: 54.90 |
|---|---|---|

Debtor Name: SKOLNIK, AARON BEN
Case Number: 6:05-24088    MJ

| Paid To: | U.S. BANKRUPTCY COURT<br>EDWARD R. ROYBAL FED BLDG<br>FISCAL DEPT<br>255 E. TEMPLE ST<br>LOS ANGELES, CA 90012 | A. CISNEROS, TRUSTEE<br>3403 TENTH STREET, SUITE 711<br>RIVERSIDE, CA 92501 |
|---|---|---|

Description:   Claim 000005, Payment 40.37655%

Bank Account Number:   4428794062

NOTE: When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

3403 Tenth Street, Suite 711
Riverside, CA 92501

A true and correct copy of the foregoing document described as **_Notice of Unclaimed Dividends Pursuant to Bankruptcy Rule 3011_** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **_June 22, 2011_** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

**Arturo Cisneros (TR)**   amctrustee@mclaw.org, acisneros@ecf.epiqsystems.com
**Kevin Hahn**   kevin@mclaw.org
**William Malcolm**   bill@mclaw.org
**William Radcliffe**   docoflaw@aol.com
**Ramesh Singh**   claims@recoverycorp.com
**United States Trustee (RS)**   ustpregion16.rs.ecf@usdoj.gov

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):
On **_June 22, 2011,_** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

United States Bankruptcy Court
Edward Roybal Building, Fiscal Dept.
255 East Temple Street
Los Angeles, CA 90012

☐ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **_June 22, 2011,_** I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 06/22/11 | Brittany Traufler | _(signature)_ |
|---|---|---|
| Date | Type Name | Signature |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

August 2010                                   F 9013-3.1.PROOF.SERVICE